**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: CHEFFER, BARBARA L. § | Case No. 11-84063 |
|  § | |
| CHEFFER, BL § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 19, 2011. The undersigned trustee was appointed on December 28, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         13,359.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 4,050.60 |
   | Bank service fees | 127.32 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 9,181.08 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/06/2012 and the deadline for filing governmental claims was 03/06/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,085.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,085.90, for a total compensation of $2,085.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2012        By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.  
**Period Ending:** 07/18/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/19/11 (f)  
**§341(a) Meeting Date:** 10/27/11  
**Claims Bar Date:** 03/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  604 W. First Street, Dixon, IL 61021 $100,500 in  Orig. Asset Memo: Imported from original petition Doc# 1 | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 2  On person and at home  Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 3  Fifth Third Checking account #8206  Orig. Asset Memo: Imported from original petition Doc# 1 | 218.89 | 0.00 | DA | 0.00 | FA |
| 4  Checking account at Fifth Third Bank - #4051 (de  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,464.01 | 0.00 | DA | 0.00 | FA |
| 5  Checking account (Jay's Tree Service) at Fifth T  Orig. Asset Memo: Imported from original petition Doc# 1 | 86.68 | 0.00 | DA | 0.00 | FA |
| 6  Checking account at Fifth Third - #7349  Orig. Asset Memo: Imported from original petition Doc# 1 | 140.44 | 0.00 | DA | 0.00 | FA |
| 7  Checking account at Midland States Bank #3905 (j  Orig. Asset Memo: Imported from original petition Doc# 1   (See Footnote) | 25.28 | 0.00 | DA | 0.00 | FA |
| 8  Fifth Third saving account #xxxx6532  Orig. Asset Memo: Imported from original petition Doc# 1 | 46.57 | 0.00 | DA | 0.00 | FA |
| 9  Dixon Water Dept.  Orig. Asset Memo: Imported from original petition Doc# 1   (See Footnote) | 30.00 | 0.00 | DA | 0.00 | FA |
| 10  Household goods  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,908.80 | 0.00 | DA | 0.00 | FA |
| 11  Brass items  Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 12  Oz collectables | 800.00 | 210.00 | | 1,749.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.  

**Period Ending:** 07/18/12

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/19/11 (f)  
**§341(a) Meeting Date:** 10/27/11  
**Claims Bar Date:** 03/06/12

| 1<br>Ref. #   Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13   Geisha table decor<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 14   Doll house furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 15   Christmas Decor<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 16   Kitchen/Pantry/Back Porch 20's - 70's Kitchen co<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 17   Normal compliment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 18   Costume jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 19   Treadmill (10 years old) $10, SonyDigital Camera<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 20   Aviva USA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,463.00 | 0.00 | DA | 0.00 | FA |
| 21   Nic of Time<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 22   2008 Dodge Caravan (over 64,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 23   1985 Monte Carlo SS<br>Orig. Asset Memo: Imported from original petition | 4,600.00 | 4,600.00 | | 4,000.00 | FA |

# FORM 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.  

**Period Ending:** 07/18/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/19/11 (f)  
**§341(a) Meeting Date:** 10/27/11  
**Claims Bar Date:** 03/06/12

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| 24 | 1979 Chevy bucket truck (has mechanical issues)<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,500.00 | 2,500.00 |  | 1,300.00 | FA |
| 25 | 1990 Ford dump truck (not currently running)<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 1,500.00 |  | 1,450.00 | FA |
| 26 | Chipper<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 1,500.00 |  | 1,400.00 | FA |
| 27 | stump grinder<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 1,500.00 |  | 2,650.00 | FA |
| 28 | Small trailer<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 |  | 550.00 | FA |
| 29 | Consew Sewing Machine<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 30 | Delta contractor's table saw<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 200.00 |  | 90.00 | FA |
| 31 | Drill press and Belt Sander<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 70.00 | 70.00 |  | 85.00 | FA |
| 32 | Craftsman band saw<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 40.00 | 40.00 |  | 85.00 | FA |
| 33 | Cat, 2 indian ring-neck parrots<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 81.00 | 0.00 | DA | 0.00 | FA |
| 34 | Basement items - Bird cage, older coolers ($30),<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 85.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.  

**Period Ending:** 07/18/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/19/11 (f)  
**§341(a) Meeting Date:** 10/27/11  
**Claims Bar Date:** 03/06/12

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | Garage - lawn mower ($5), Spreader ($5), Snowblo<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 36 | Attic - miscellaneous items left from flea marke<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 37 | Additional Basement items - Freezer ($20), Desk<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 37 | **Assets Totals** (Excluding unknown values) | **$117,979.67** | **$12,420.00** | | **$13,359.00** | **$0.00** |

RE PROP# 7     Not listed on the Amended Schedules  
RE PROP# 9     Security deposit

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 31, 2012      **Current Projected Date Of Final Report (TFR):**    July 18, 2012 (Actual)

Case 11-84063   Doc 34   Filed 07/23/12   Entered 07/23/12 11:37:10   Desc Main
Document      Page 7 of 12

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.  
**Taxpayer ID #:** **-***3980  
**Period Ending:** 07/18/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-66 - Checking Account  
**Blanket Bond:** $178,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/23/12 | | Action Auctioneering | | | | 13,359.00 | | 13,359.00 |
| | {28} | | traile | 550.00 | 1129-000 | | | 13,359.00 |
| | {24} | | Chevrolet | 1,300.00 | 1129-000 | | | 13,359.00 |
| | {25} | | Ford | 1,450.00 | 1129-000 | | | 13,359.00 |
| | {23} | | Monte Carlo | 4,000.00 | 1129-000 | | | 13,359.00 |
| | {26} | | chipper | 1,400.00 | 1129-000 | | | 13,359.00 |
| | {27} | | stump grinder | 2,650.00 | 1129-000 | | | 13,359.00 |
| | {12} | | oz collectibles | 1,749.00 | 1129-000 | | | 13,359.00 |
| | {32} | | band saw | 85.00 | 1129-000 | | | 13,359.00 |
| | {31} | | drill presss and sander | 85.00 | 1129-000 | | | 13,359.00 |
| | {30} | | table saw | 90.00 | 1129-000 | | | 13,359.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 13,334.00 |
| 03/28/12 | 101 | Action Auctioneering | | | | | 4,034.62 | 9,299.38 |
| | | | Auctioneer fees | 2,404.62 | 3610-000 | | | 9,299.38 |
| | | | towing expense | 1,630.00 | 3620-000 | | | 9,299.38 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 27.32 | 9,272.06 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,247.06 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,222.06 |
| 06/04/12 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-84063, Blanket Bond #016018067 | | 2300-000 | | 15.98 | 9,206.08 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,181.08 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 13,359.00 | 4,177.92 | **$9,181.08** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 13,359.00 | 4,177.92 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,359.00** | **$4,177.92** | |

{} Asset reference(s)

Printed: 07/18/2012 01:29 PM    V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-84063 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | CHEFFER, BARBARA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***3980 | | Blanket Bond: | $178,000.00 (per case limit) |
| Period Ending: | 07/18/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******27-66** | **13,359.00** | **4,177.92** | **9,181.08** |
| | $13,359.00 | $4,177.92 | $9,181.08 |

Printed: 07/18/12 01:29 PM

# Claims Distribution Register

Page: 1

## Case: 11-84063   CHEFFER, BARBARA L.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/19/11 | 200 | James E. Stevens<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,375.50 | 1,375.50 | 0.00 | 1,375.50 | 1,375.50 |
| | 09/19/11 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 2,085.90 | 2,085.90 | 0.00 | 2,085.90 | 2,085.90 |
| | | | **Total for Priority 200:    100% Paid** | **$3,461.40** | **$3,461.40** | **$0.00** | **$3,461.40** | **$3,461.40** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,461.40** | **$3,461.40** | **$0.00** | **$3,461.40** | **$3,461.40** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/13/11 | 610 | FIFTH THIRD BANK<br>9441 LFB FREEWAY,SUITE 350<br>DALLAS, TX 75243<br><7100-00   General Unsecured § 726(a)(2)> | 2,249.52 | 2,249.52 | 0.00 | 2,249.52 | 306.69 |
| 2 | 12/28/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 3,878.38 | 3,878.38 | 0.00 | 3,878.38 | 528.75 |
| 3 | 12/28/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 1,579.91 | 1,579.91 | 0.00 | 1,579.91 | 215.39 |
| 4 | 01/13/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 866.54 | 866.54 | 0.00 | 866.54 | 118.14 |
| 5 | 02/06/12 | 610 | Mike Christofferson<br>c/o Al Henry Williams<br>211 S. Peoria Ave.<br>Dixon, IL 61021<br><7100-00   General Unsecured § 726(a)(2)> | 33,379.44 | 33,379.44 | 0.00 | 33,379.44 | 4,550.71 |
| 6 | 03/07/12 | 610 | Craig Cheffer<br>c/o Barbara E. Maness<br>Attorney at Law,116 E. 6th St.<br>Davenport, IA 52803<br><7100-00   General Unsecured § 726(a)(2)> | 5,513.00 | 0.00<br>* | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:    13.63329% Paid** | **$47,466.79** | **$41,953.79** | **$0.00** | **$41,953.79** | **$5,719.68** |
| | | | **Total for Unsecured Claims:** | **$47,466.79** | **$41,953.79** | **$0.00** | **$41,953.79** | **$5,719.68** |
| | | | **Total for Case :** | **$50,928.19** | **$45,415.19** | **$0.00** | **$45,415.19** | **$9,181.08** |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-84063
Case Name: CHEFFER, BARBARA L.
Trustee Name: JAMES E. STEVENS

**Balance on hand:**  $  9,181.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  9,181.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,085.90 | 0.00 | 2,085.90 |
| Attorney for Trustee, Fees - James E. Stevens | 1,375.50 | 0.00 | 1,375.50 |

Total to be paid for chapter 7 administration expenses:  $  3,461.40
Remaining balance:  $  5,719.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  5,719.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $  0.00
Remaining balance:  $  5,719.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 41,953.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | 2,249.52 | 0.00 | 306.69 |
| 2 | Chase Bank USA, N.A. | 3,878.38 | 0.00 | 528.75 |
| 3 | Chase Bank USA, N.A. | 1,579.91 | 0.00 | 215.39 |
| 4 | FIA CARD SERVICES, N.A. | 866.54 | 0.00 | 118.14 |
| 5 | Mike Christofferson | 33,379.44 | 0.00 | 4,550.71 |

Total to be paid for timely general unsecured claims: $ 5,719.68
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**