# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: CHEFFER, BARBARA L. | § Case No. 11-84063 |
| | § |
| CHEFFER, BL | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/22/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/18/2012           By:  /s/JAMES E. STEVENS
                                                               Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: CHEFFER, BARBARA L. | § | Case No. 11-84063 |
| | § | |
| CHEFFER, BL | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,359.00 |
| *and approved disbursements of* | $ 4,177.92 |
| *leaving a balance on hand of* [1] | $ 9,181.08 |
| **Balance on hand:** | $ 9,181.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,181.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,085.90 | 0.00 | 2,085.90 |
| Attorney for Trustee, Fees - James E. Stevens | 1,375.50 | 0.00 | 1,375.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,461.40 |
| Remaining balance: | $ 5,719.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,719.68 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,719.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,953.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | 2,249.52 | 0.00 | 306.69 |
| 2 | Chase Bank USA, N.A. | 3,878.38 | 0.00 | 528.75 |
| 3 | Chase Bank USA, N.A. | 1,579.91 | 0.00 | 215.39 |
| 4 | FIA CARD SERVICES, N.A. | 866.54 | 0.00 | 118.14 |
| 5 | Mike Christofferson | 33,379.44 | 0.00 | 4,550.71 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,719.68 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-84063-MB
Barbara L. Cheffer                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 3          Date Rcvd: Jul 24, 2012
                              Form ID: pdf006         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2012.
```
db          +Barbara L. Cheffer,   604 W. First Street,   Dixon, IL 61021-2808
17809184    +Al Williams, Esq.,   823 E. Fellows Street,   Dixon, IL 61021-2245
17809185    +Amcore Bank N A,   501 7th St,   Rockford, IL 61104-1299
17809186    +Bank Of America,   Attention: Recovery Department,   4161 Peidmont Pkwy.,
              Greensboro, NC 27410-8110
17809187     Capital One Bank (USA), NA,   PO Box 6492,   Carol Stream, IL 60197-6492
17809188    +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
17809189    +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
17809190    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
17809195     Chase,   PO Box 15153,   Wilmington, DE 19886-5153
18303444     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17809196    +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17809197    +Citicard Customer Service,   Box 6500,   Sioux Falls, SD 57117-6500
17809199    +Craig Cheffer,   2909 Cypress Dr,   Bettendorf, IA 52722-2911
18593380    +Craig Cheffer,   c/o Barbara E. Maness,   Attorney at Law,   116 E. 6th St.,
              Davenport, IA 52803-5502
18363017     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18184620     FIFTH THIRD BANK,   9441 LFB FREEWAY,SUITE 350,   DALLAS,TEXAS 75243
17809202    +Fifth Third Bank,   Mz-Bankrupcty East-Rscbte,   1830 East Paris Ave. Se,
              Grand Rapids, MI 49546-6253
17809203    +Fifth Third Bank,   102 S. Galena Avenue,   Dixon, IL 61021-3058
17809204    +Fifth Third Mortgage,   Bankruptcy Dept.,   1830 E. Paris Avenue SE,
              Grand Rapids, MI 49546-6253
17809205    +Fifth Third Mortgage Co.,   5050 Kingsley Drive,   Cincinnati, OH 45263-0001
17809206    +First Merit Bank,   Attention: Bankruptcy,   3 Cascade Plaza,   Akron, OH 44308-1124
17809208    +Gtwy/cbusa,   CitiCards Bankruptcy Department,   Po Box 20483,   Kansas City, MO 64195-0483
17809209    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
17809210    +Illinois Dept. of Revenue,   P.O. Box 19447,   Springfield, IL 62794-9447
17809211    +Mike Christofferson,   c/o Al Henry Williams,   211 S. Peoria Ave.,   Dixon, IL 61021-2947
17809212    +Schmitt Plumbing,   502 IL Route 2,   Dixon, IL 61021-9123
17809213    +Sears/cbna,   701 East 60th St N,   Sioux Falls, SD 57104-0432
17809214    +US Cellular,   2501 E. Lincolnway,   Sterling, IL 61081-3055
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17809200    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2012 08:20:17     Discover Fin,
              Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
17809207    +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2012 08:20:54     Gemb/JC Penny,
              Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17809192*   +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
17809193*   +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
17809194*   +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
17809191*   +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
17809201*   +Discover Fin,   Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
17809198   ##+Craig Cheffer,   604 W. First Street,   Dixon, IL 61021-2808
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3              Date Rcvd: Jul 24, 2012
                              Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2012**                       **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith             Page 3 of 3                   Date Rcvd: Jul 24, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2012 at the address(es) listed below:

```
          James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Megan G Heeg    on behalf of Debtor Barbara Cheffer heeg@egblc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 4
```