**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: CHEFFER, BARBARA L.              § Case No. 11-84063
                                         §
       CHEFFER, BL                       §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $104,969.67<br>*(without deducting any secured claims)* | Assets Exempt: $26,884.37 |
| Total Distribution to Claimants: $5,719.68 | Claims Discharged<br>Without Payment: $52,528.45 |
| Total Expenses of Administration: $7,639.32 | |

    3) Total gross receipts of $ 13,359.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,359.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $83,931.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,639.32 | 7,639.32 | 7,639.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 110.94 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,959.40 | 47,466.79 | 41,953.79 | 5,719.68 |
| **TOTAL DISBURSEMENTS** | $141,001.34 | $55,106.11 | $49,593.11 | $13,359.00 |

    4) This case was originally filed under Chapter 7 on September 19, 2011. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2012             By: /s/JAMES E. STEVENS
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Oz collectables | 1129-000 | 1,749.00 |
| 1985 Monte Carlo SS | 1129-000 | 4,000.00 |
| 1979 Chevy bucket truck (has mechanical issues) | 1129-000 | 1,300.00 |
| 1990 Ford dump truck (not currently running) | 1129-000 | 1,450.00 |
| Chipper | 1129-000 | 1,400.00 |
| stump grinder | 1129-000 | 2,650.00 |
| Small trailer | 1129-000 | 550.00 |
| Delta contractor's table saw | 1129-000 | 90.00 |
| Drill press and Belt Sander | 1129-000 | 85.00 |
| Craftsman band saw | 1129-000 | 85.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,359.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Merit Bank | 4110-000 | 5,463.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Mortgage Co. | 4110-000 | 78,468.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$83,931.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,085.90 | 2,085.90 | 2,085.90 |
| James E. Stevens | 3110-000 | N/A | 1,375.50 | 1,375.50 | 1,375.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Action Auctioneering | 3610-000 | N/A | 2,404.62 | 2,404.62 | 2,404.62 |
| Action Auctioneering | 3620-000 | N/A | 1,630.00 | 1,630.00 | 1,630.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.32 | 27.32 | 27.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.98 | 15.98 | 15.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,639.32 | $7,639.32 | $7,639.32 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Dept. of Revenue | 5200-000 | 110.94 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $110.94 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | FIFTH THIRD BANK | 7100-000 | 2,143.00 | 2,249.52 | 2,249.52 | 306.69 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,943.00 | 3,878.38 | 3,878.38 | 528.75 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 1,690.00 | 1,579.91 | 1,579.91 | 215.39 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 866.54 | 866.54 | 118.14 |
| 5 | Mike Christofferson | 7100-000 | 33,000.00 | 33,379.44 | 33,379.44 | 4,550.71 |
| 6 | Craig Cheffer | 7100-000 | N/A | 5,513.00 | 0.00 | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 9,091.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 409.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Schmitt Plumbing | 7100-000 | 2,438.40 | N/A | N/A | 0.00 |
| NOTFILED | Gtwy/cbusa CitiCards Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 3,370.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$56,959.40** | **$47,466.79** | **$41,953.79** | **$5,719.68** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84063  **Trustee:** (330420) JAMES E. STEVENS
**Case Name:** CHEFFER, BARBARA L.  **Filed (f) or Converted (c):** 09/19/11 (f)
 **§341(a) Meeting Date:** 10/27/11
**Period Ending:** 10/08/12  **Claims Bar Date:** 03/06/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 604 W. First Street, Dixon, IL 61021 $100,500 in<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | On person and at home<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 3 | Fifth Third Checking account #8206<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 218.89 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account at Fifth Third Bank - #4051 (de<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,464.01 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account (Jay's Tree Service) at Fifth T<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 86.68 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account at Fifth Third - #7349<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 140.44 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account at Midland States Bank #3905 (j<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1   (See Footnote) | 25.28 | 0.00 | DA | 0.00 | FA |
| 8 | Fifth Third saving account #xxxx6532<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 46.57 | 0.00 | DA | 0.00 | FA |
| 9 | Dixon Water Dept.<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1   (See Footnote) | 30.00 | 0.00 | DA | 0.00 | FA |
| 10 | Household goods<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,908.80 | 0.00 | DA | 0.00 | FA |
| 11 | Brass items<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 12 | Oz collectables | 800.00 | 210.00 |  | 1,749.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.  

**Period Ending:** 10/08/12

**Trustee:**    (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/19/11 (f)  
**§341(a) Meeting Date:** 10/27/11  
**Claims Bar Date:** 03/06/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Geisha table decor<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Doll house furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 15 | Christmas Decor<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 16 | Kitchen/Pantry/Back Porch 20's - 70's Kitchen co<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 17 | Normal compliment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | Costume jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 19 | Treadmill (10 years old) $10, SonyDigital Camera<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 20 | Aviva USA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,463.00 | 0.00 | DA | 0.00 | FA |
| 21 | Nic of Time<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2008 Dodge Caravan (over 64,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | 1985 Monte Carlo SS<br>Orig. Asset Memo: Imported from original petition | 4,600.00 | 4,600.00 | | 4,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/19/11 (f)  
**§341(a) Meeting Date:** 10/27/11  

**Period Ending:** 10/08/12  
**Claims Bar Date:** 03/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 1 | | | | | |
| 24  1979 Chevy bucket truck (has mechanical issues)<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,500.00 | 2,500.00 | | 1,300.00 | FA |
| 25  1990 Ford dump truck (not currently running)<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 1,500.00 | | 1,450.00 | FA |
| 26  Chipper<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 1,500.00 | | 1,400.00 | FA |
| 27  stump grinder<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 1,500.00 | | 2,650.00 | FA |
| 28  Small trailer<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 | | 550.00 | FA |
| 29  Consew Sewing Machine<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 30  Delta contractor's table saw<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 200.00 | | 90.00 | FA |
| 31  Drill press and Belt Sander<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 70.00 | 70.00 | | 85.00 | FA |
| 32  Craftsman band saw<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 40.00 | 40.00 | | 85.00 | FA |
| 33  Cat, 2 indian ring-neck parrots<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 81.00 | 0.00 | DA | 0.00 | FA |
| 34  Basement items - Bird cage, older coolers ($30),<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 85.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84063  
**Case Name:** CHEFFER, BARBARA L.  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/19/11 (f)  
**§341(a) Meeting Date:** 10/27/11  

**Period Ending:** 10/08/12  
**Claims Bar Date:** 03/06/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 35 | Garage - lawn mower ($5), Spreader ($5), Snowblo  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 36 | Attic - miscellaneous items left from flea marke  Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 37 | Additional Basement items - Freezer ($20), Desk  Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 37 | **Assets** **Totals** (Excluding unknown values) | **$117,979.67** | **$12,420.00** | | **$13,359.00** | **$0.00** |

RE PROP# 7    Not listed on the Amended Schedules  
RE PROP# 9    Security deposit

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 31, 2012       **Current Projected Date Of Final Report (TFR):**    July 18, 2012  (Actual)

Printed: 10/08/2012 01:42 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-84063 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | CHEFFER, BARBARA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***3980 | | Blanket Bond: | $178,000.00 (per case limit) |
| Period Ending: | 10/08/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/23/12 | | Action Auctioneering | | | | 13,359.00 | | 13,359.00 |
| | {28} | | traile | 550.00 | 1129-000 | | | 13,359.00 |
| | {24} | | Chevrolet | 1,300.00 | 1129-000 | | | 13,359.00 |
| | {25} | | Ford | 1,450.00 | 1129-000 | | | 13,359.00 |
| | {23} | | Monte Carlo | 4,000.00 | 1129-000 | | | 13,359.00 |
| | {26} | | chipper | 1,400.00 | 1129-000 | | | 13,359.00 |
| | {27} | | stump grinder | 2,650.00 | 1129-000 | | | 13,359.00 |
| | {12} | | oz collectibles | 1,749.00 | 1129-000 | | | 13,359.00 |
| | {32} | | band saw | 85.00 | 1129-000 | | | 13,359.00 |
| | {31} | | drill presss and sander | 85.00 | 1129-000 | | | 13,359.00 |
| | {30} | | table saw | 90.00 | 1129-000 | | | 13,359.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 13,334.00 |
| 03/28/12 | 101 | Action Auctioneering | | | | | 4,034.62 | 9,299.38 |
| | | | Auctioneer fees | 2,404.62 | 3610-000 | | | 9,299.38 |
| | | | towing expense | 1,630.00 | 3620-000 | | | 9,299.38 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 27.32 | 9,272.06 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,247.06 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,222.06 |
| 06/04/12 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-84063, Blanket Bond #016018067 | | 2300-000 | | 15.98 | 9,206.08 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,181.08 |
| 08/22/12 | 103 | James E. Stevens | Dividend paid 100.00% on $1,375.50, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 1,375.50 | 7,805.58 |
| 08/22/12 | 104 | JAMES E. STEVENS | Dividend paid 100.00% on $2,085.90, Trustee Compensation; Reference: | | 2100-000 | | 2,085.90 | 5,719.68 |
| 08/22/12 | 105 | FIFTH THIRD BANK | Dividend paid 13.63% on $2,249.52; Claim# 1; Filed: $2,249.52; Reference: | | 7100-000 | | 306.69 | 5,412.99 |
| 08/22/12 | 106 | Chase Bank USA, N.A. | Dividend paid 13.63% on $3,878.38; Claim# 2; Filed: $3,878.38; Reference: | | 7100-000 | | 528.75 | 4,884.24 |
| 08/22/12 | 107 | Chase Bank USA, N.A. | Dividend paid 13.63% on $1,579.91; Claim# 3; Filed: $1,579.91; Reference: | | 7100-000 | | 215.39 | 4,668.85 |
| 08/22/12 | 108 | FIA CARD SERVICES, N.A. | Dividend paid 13.63% on $866.54; Claim# 4; Filed: $866.54; Reference: | | 7100-000 | | 118.14 | 4,550.71 |
| 08/22/12 | 109 | Mike Christofferson | Dividend paid 13.63% on $33,379.44; Claim# 5; Filed: $33,379.44; Reference: | | 7100-000 | | 4,550.71 | 0.00 |

Subtotals :   $13,359.00   $13,359.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-84063 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | CHEFFER, BARBARA L. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******27-66 - Checking Account |
| **Taxpayer ID #:** | **-***3980 | | **Blanket Bond:** | $178,000.00 (per case limit) |
| **Period Ending:** | 10/08/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **13,359.00** | **13,359.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **13,359.00** | **13,359.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,359.00** | **$13,359.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******27-66** | **13,359.00** | **13,359.00** | **0.00** |
| | **$13,359.00** | **$13,359.00** | **$0.00** |

{} Asset reference(s)    Printed: 10/08/2012 01:42 PM    V.13.04